# DIVIDENDS REMITTED TO THE COURT

#151733

Case Number 10-13048 - HOLMES, FELICIA R.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| James G. Davis, Assistant Attorney General<br>300 West Preston Street, Room 407<br>Baltimore, MD 21201 | 000015 | 93.60 | 3.34 |
| ---------- Remittance Total --------------- | | 93.60 | 3.34 |

*[signature]*

DAVID O. SIMON, TRUSTEE

*[Filed stamp: 2011 JAN 20 PM 2:42, U.S. Bankruptcy Court, Northern District of Ohio, Cleveland]*